IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03283-LTB

FRANCISCO PASILLAS-SILVA,

    Plaintiff,

v.

STEVEN L. BROWN, Administrative Head,
NANETTE THOMAS, Case Manager, Bent County Correctional, and
JACK CHAPMAN, Hearing Officer,
    in their individual and official capacities.

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 22, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 22 day of April, 2013.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk


    By: s/ S. Grimm
         Deputy Clerk